## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAZMINE JUAREZ, | ) | |
| | ) | |
| | ) | Case No. 19-cv-07731 |
| Plaintiff, | ) | |
| | ) | Hon. Steven C. Seeger |
| vs. | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| COMENITY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: March 11, 2020

Respectfully submitted,

/s/ Michael Drew

Michael W. Drew, Lead Attorney
Neighborhood Legal, LLC
20 N. Clark St. #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com

## **CERTIFICATE OF SERVICE**

  I, Michael Drew, an attorney, hereby certify that on March 11, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| **Dated: March 11, 2020** | Respectfully submitted, |
| | By: /s/ Michael Drew |